IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EMILIA PORTILLO       ) | |
| )  | |
| Plaintiff,          ) | |
| )  | |
| v.                         ) | Case No. WMN 98-794 |
| )  | |
| NORDSTROM, INC.   ) | |
| and                        ) | |
| JORGE SILVA           ) | |
| )  | |
| Defendants.        ) | |

**STIPULATED ORDER**

By agreement among the parties, the Court does hereby **ORDER** that the time for Defendants Nordstrom, Inc. and Jorge Silva to reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment is hereby extended to and including Friday, October 8, 1999.

The Clerk shall send a copy of this Order to all counsel of record.

_____
United States District Judge

___9/29/99___
Date



We ask for this:

*Elizabeth C. Smith*
_____
Thomas P. Murphy, Esq.
Thomas J. Flaherty, Esq.
Elizabeth C. Smith, Esq.
HUNTON & WILLIAMS
1751 Pinnacle Drive
Suite #1700
McLean, Virginia
**Counsel for Nordstrom, Inc.**


Seen and agreed to :

*Stephani Hillman /ECS*
_____
Philip B. Zipin, Esq.
Stephani Hillman, Esq.
GAGLIARDO & ZIPIN
1010 Wayne Ave.
Silver Spring, Maryland
**Counsel for Plaintiff Emilia Portillo**

*R. Michael Smith /ECS*
_____
R. Michael Smith, Esq.
SHAWE & ROSENTHAL
20 S. Charles Street
Baltimore, Maryland
**Counsel for Defendant Jorge Silva**