IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EMILIA PORTILLO                     :
                                    :
v.                                  :   Civil Action WMN-98-794
                                    :
NORDSTROM, INC.                     :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 25th day of February 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant Nordstrom's Motion for Summary Judgment (Paper No. 39) and Defendant Silva's Motion for Partial Summary Judgment (Paper No. 41) are GRANTED in that judgment is entered for Defendants on Count I of the Complaint;

2. That Plaintiff's remaining state law claims, Counts II, III, and V, will be dismissed, without prejudice;

3. That this action is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge